# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **CEDRIC BURROUGHS** )<br>)<br>**Plaintiff,** )<br>)<br>)<br>v. )<br>)<br>**HONDA MANUFACTURING OF** )<br>**ALABAMA, LLC,** )<br>)<br>)<br>**Defendant.** ) | **CIVIL ACTION NO.**<br>**1:08-CV-1239-VEH**<br>**(and Related Cases)** |

## FINAL ORDER APPROVING SETTLEMENT
## AND DISMISSING ACTIONS

In accordance with the magistrate judge's report and recommendation, adopted and accepted by the court in the Memorandum Opinion filed herewith, it is **ORDERED** and **ADJUDGED** that the proposed settlement agreement (Attachment "B" hereto) is due to be and hereby is **APPROVED**, except that Paragraph 9 of the proposed settlement agreement is **REJECTED** and **STRICKEN** from the agreement, and that portion of Paragraph 10 allowing defendants to seek fees and expenses in connection with any motion to enforce the settlement is **REJECTED** and **STRICKEN** only with respect to any plaintiff who is able to establish that he was not aware of the proposed settlement or was otherwise prevented from objecting to it until after this date.

The parties are **DIRECTED** to proceed with execution of the settlement agreement, including the distribution of the agreed overtime sums for each plaintiff and the execution of releases in favor of the defendants.

The attorneys' fees, expenses, and costs of the plaintiffs are **AWARDED** to plaintiffs' counsel, payable by defendants consistent with the settlement agreement and as set out in the magistrate judge's report and recommendation adopted by the court.

This action and those listed in Attachment "A" are hereby **DISMISSED WITH PREJUDICE**, subject, however, to the court retaining jurisdiction for a period of one hundred and twenty (120) days frrm the date of this order for purposes of enforcement of the settlement agreement.

The Clerk is **DIRECTED** to enter this Order and the accompanying Memorandum Opinion in each of the cases in Attachment "A."

**DONE** and **ORDERED** this 10th day of March, 2014.

                                           */s/ Virginia Emerson Hopkins*
                                           **VIRGINIA EMERSON HOPKINS**
                                           United States District Judge